IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FETHI SENGUL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-1124-RP |
| | § | |
| WARDEN, T. DON HUTTO DETENTION | § | |
| CENTER, et al., | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Before the Court is the Federal Respondents' Motion to Lift Stay of Removal, (Dkt. 9). Respondents assert that they are prepared to effectuate the third-country removal of Petitioner to the Central African Republic and have received assurances that removed individuals "will not be subjected to persecution or torture, and the Department of State has determined these diplomatic assurances are credible." (*Id.* at 2). As a result, Respondents claim that "the judicial stay is the only impediment to removal in this case." (Id.).

Petitioner's claims in this case center on the argument that his removal is not reasonably foreseeable and on the length of his detention after his final order of removal. (Pet., Dkt. 1, at 3, 11–13).

Accordingly, **IT IS ORDERED** that, **on or before July 22, 2026**, Petitioner shall file a response to Respondents' Motion to Lift the Stay of Removal.

**SIGNED** on July 15, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1